## Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:** Weymouth   **Category No.** II   **Investigating Agency** SSA-OIG

**City** Weymouth
**County** Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant Yes
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes ✔ No

**Defendant Name** Debora A. Siler   Juvenile: ☐ Yes ✔ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ✔ No

**Alias Name:**
**Address:** East Weymouth, MA

**Birth date (Yr only):** 1957   **SSN (last 4#):** 8499   **Sex:** F   **Race** Unknown   **Nationality:** U.S.A.

**Defense Counsel if known:** John H. Cunha, Jr.   **Address:** 1 State Street, Suite 500
**Bar Number:** 108580   Boston, MA 02109-3507

**U.S. Attorney Information**

**AUSA:** James J. Nagelberg   **Bar Number if applicable:** 675656

**Interpreter:** ☐ Yes ✔ No   List language and/or dialect: _____

**Victims:** ☐ Yes ✔ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ✔ No

☐ Warrant Requested   ✔ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ✔ Information   ☐ Indictment
**Total # of Counts:** ☐ Petty ___   ☐ Misdemeanor ___   ✔ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

✔ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 8/25/2025   **Signature of AUSA:** [signature]

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Debora A. Siler

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1344 | Bank Fraud | 1 |
| Set 2 | 18 U.S.C. § 982(a)(2)(A) | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**